The Montrose Bachelor Apartments, appellant, v. Eli H. Washburn, appellee. Gen. No. 27,988.

Charge of collecting money in a fiduciary capacity and converting it to own use. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Morton T. Culver, for appellant; Robert R. Baldwin, of counsel. Allegretti, Shea & Gannon, for appellee; John F. Shea, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Philip J. Klingman, appellee, v. Walter F. Halleman, appellant. Gen. No. 28,047.

Suit for damages for alleged breach of contract for sale of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago;· the Hon. Frank E. Reed, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

George J. Gilbert, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Robert H. Taft, appellant, v. Dr. A. Heym, appellee. Gen. No. 28,060.

Suit on note transferred by endorsement to plaintiff. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Norman K. Anderson and Benjamin Clarke, for appellant. Wyman, Hopkins, McKeever & Colbert, for appellee; Vincent D. Wyman and Austin L. Wyman, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Peter Malakauskis, for use of Ambrizeyus Vizbaras, individually and as trustee, appellant, v. Pioneer Fire Insurance Company of America, appellee. Gen. No. 28,075.

Suit on fire insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923. Rehearing denied June 11, 1923.

Oliver M. Olson, for appellant. Thomas W. Reilly, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

E. Van De Veire, appellee, v. Koenig Dairy, Inc., Daniel Jeffries and Otto Wohlt, appellants. Gen. No. 28,124.

Action in forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

George C. Geier, for appellants. Frank F. Tollkuehn, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.